William T. Patton, OSB No. 973646
pattonw@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

**C. Andrew Kitchen,** *Admitted Pro Hac Vice*
dkitchen@maynardcooper.com
**Ollie A. Cleveland III,** *Admitted Pro Hac Vice*
tcleveland@maynardcooper.com
**Alexander B. Feinberg,** *Admitted Pro Hac Vice*
afeinberg@maynardcooper.com
**MAYNARD COOPER & GALE PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama 35203
Telephone: 205.254.1209 / 205.254.1858
Facsimile: 205.254.1999
    *Attorneys for Defendant Protective Life Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RHONDA R. ARMSTRONG, an Oregon resident; BRETT ARMSTRONG, an Oregon resident; KELLY R. FISCHER, an Oregon resident; and KATHERINE M. SCHIELE, a California resident,<br><br>                        Plaintiffs,<br><br>    v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY,<br><br>                        Defendant. | Case No. 3:13-CV-00851-ST<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, because this matter has been settled, plaintiffs Rhonda R. Armstrong, Brett Armstrong, Kelly R. Fischer and

PAGE 1 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

Katherine M. Schiele, and defendant Protective Life Insurance Company, through their undersigned counsel, stipulate to the dismissal of the above entitled action with prejudice and without costs or fees to any party.

DATED: May 21, 2014

**LANE POWELL PC**

By: s/ William T. Patton
   William T. Patton, OSB No. 973646
   Telephone: 503.778.2100
Attorneys for Defendant Protective Life Insurance Company

DATED: May 21, 2014

**CHENOWETH LAW GROUP PC**

By: s/ Brian D. Chenoweth
   Brian D. Chenoweth, OSB No. 944991
   Telephone: 503.221.7958
Attorneys for Plaintiff Rhonda R. Armstrong

DATED: May 21, 2014

**SHENKER & BONAPARTE, LLP**

By: s/ Robert E.L. Bonaparte
   Robert E.L. Bonaparte, OSB No. 883411
   Telephone: 503.242.0008
Attorneys for Plaintiffs Brett M. Armstrong and Kelly R. Fischer

DATED: May 21, 2014

**BRINDLE MCCASLIN & LEE PC**

By: s/ Charles W. Carnese
   Charles W. Carnese, OSB No. 690290
   Telephone: 503.224.4825
Attorneys for Plaintiff Katherine M. Schiele

## ORDER

Based on the foregoing stipulation, it is hereby

ORDERED AND ADJUDGED that the above entitled action is hereby dismissed with prejudice and without costs or fees to any party.

DATED: June 3, 2014

_____
United States District Court Judge

PAGE 2 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE